UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHSEN HABIBI,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

Case No. 26-cv-02010-SK

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Regarding Docket No. 31

On July 20, 2026, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 31.) Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE. All case deadlines and hearings are HEREBY VACATED. Each party shall bear its own fees and costs. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: July 22, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California